## STATEMENT OF FACTS

On May 10, 2025, at approximately 11:45 p.m., members of the Metropolitan Police Department ("MPD") received a ShotSpotter notification of gunfire in the 1200 block of Harvard Street NW, Washington D.C. Following the gunshots, MPD officers responded to the area and observed a Gray Acura sedan occupied by four individuals speeding and run through the red light at the intersection of Sherman Ave NW and Harvard Street NW. Officers further observed the vehicle entering the opposing lanes of traffic in the 100 block of Michigan Ave NW. Officers lost sight of the vehicle before it appeared again in the 200 block of Michigan Ave NW. Officers observed the vehicle lose control and crash. The four occupants, including who would be later identified as Kyiel KEARNEY (DOB: XX/XX/XXXX), exited the car and began to flee on foot.

MPD Officer Stanford pursued KEARNEY and observed him running with one free hand, with KEARNEY's other hand appearing to make a cupping motion, grabbing onto a weighted object inside of KEARNEY's pants. Following a brief foot pursuit, through the active lanes of traffic, KEARNEY stopped running and surrendered to Officer Stanford. Based on the officers observations, as well as his training and experience recovering firearms, Officer Stanford conducted a pat-down search of KEARNEY and felt a hard metal object inside KEARNEY's compression shorts near his inner left thigh. Further inspection revealed the object to be a semiautomatic Glock 33 .357 caliber pistol, S/NXXXXXXX, with 14 rounds of ammunition in a 15-round capacity magazine.





The firearm appears to be fully functional, designed to expel a projectile by the action of an explosive, has a barrel length of less than twelve inches, and appears capable of being fired by use of a single hand. Your affiant knows that there are no firearms or ammunition manufacturers in the District of Columbia. Although the firearm appears to be a semiautomatic Glock 33 .357 caliber pistol, you affiant knows that the firearm and ammunition in this case had to travel in interstate or foreign commerce to arrive in Washington D.C.

Records revealed that on April 13, 2023, KEARNEY pled guilty in the Circuit Court for Prince George's County Maryland to Loaded Handgun in Vehicle, in violation of Md. Code Ann., Crim. Law § 4-203, in case number C-16-CR-23-000377. That crime carries a maximum statutory term of imprisonment of three years, a fact that KEARNEY was advised prior to the entry of his plea. The Maryland court sentenced KEARNEY to two years of jail, suspending all but 122 days, with a year of probation. In addition, records show that on June 27, 2024, KEARNEY was convicted of Unlawful Possession of Ammunition by a Person who has been Convicted of a Crime Punishable by a Term of Imprisonment Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), in case number 24-cr-00004 the United States District Court for the Eastern District of Virginia. In that case, the Honorable Judge Patricia Tolliver Giles sentenced KEARNEY to 18 months imprisonment, followed by three years of supervised release. Accordingly, at the time KEARNEY was arrested with the firearm and ammunition in this instant matter, he would have known that he had previously been convicted of an offense punishable by a term of imprisonment of more than one year because he had been twice convicted and sentenced for offenses to terms of imprisonment exceeding one year. KEARNEY is presently on Supervised Release in case number 24-cr-00004.

Based on the foregoing, I submit that there is probable cause to believe that KEARNEY violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess a firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

_____
Officer Justin McFarland
Metropolitan Police Department

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of May, 2025.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE